Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00578-CR

Raymundo **BALDERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3534
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed:   October 5, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence on Raymundo Balderas on June 28, 2011, and Balderas did not file a motion for new trial. Therefore, his notice of appeal was due July 28, 2011, or the notice and a motion for extension of time to file, were due fifteen days later on August 12, 2011. *See* TEX. R. APP. P. 26.2(a)(1), 26.3. The record contains a notice of appeal file stamped August 5, 2011, but Balderas did not file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3

On August 26, 2011, we notified Balderas that the record raised an issue regarding our jurisdiction over the appeal. We ordered him to file a response by September 15, 2011, showing the appeal was timely filed. Balderas did not respond to our order.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH